IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADEBAYO OMOSANYO OGUNDIPE, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2387 |
| WELLS FARGO BANK, *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

The defendant, Wells Fargo Bank, N.A., has moved for adequate protection, based on the assertion --- which the plaintiff has not disputed --- that there has been no payment made on the loan for six months and no other rent or payment for the plaintiff's continued occupancy of the residence. The motion is set for hearing on **September 29, 2011, at 8:15 a.m.** in Courtroom 11-B.

SIGNED on August 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge