IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADEBAYO OMOSANYA OGUNDIPE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-11-2387 |
| § | |
| WELLS FARGO BANK, N.A., *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on August 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge